THE BOESCH LAW GROUP
PHILIP W. BOESCH, JR. (SBN: 60608)
MICHELLE L. VIZURRAGA (SBN: 224009)
BRENDAN F. HUG (SBN: 248086)
225 Santa Monica Blvd., 11th Floor
Santa Monica, California 90401
Telephone: (310) 578-7880
Facsimile: (310) 578-7898
email: mvizurraga@pboesch.com

**JS-6**
E-FILED: 5/9/2008

Attorneys for Plaintiff
JEFFREY MORGAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JEFFREY MORGAN, an individual, | Case No. CV 08-00714 GHK(SSx) |
| Plaintiff, | [~~PROPOSED~~] ORDER RE DISMISSAL WITH PREJUDICE |
| vs. | |
| MARK THUESEN, RON HOLSOMBACK AND DOES 1 through 10, inclusive, | |
| Defendants. | |

# **ORDER**

IT IS HEREBY ORDERED THAT:

All claims that were asserted, or that might have been asserted, in this case against any and all parties are dismissed with prejudice. All fees and costs are taxed against the party incurring same.

SO ORDERED.

Dated:   5/8  , 2008

_____
Honorable George H. King
United States District Court Judge